IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR BARRAGAN,** <br><br> Petitioner, <br><br> v. <br><br> **HEDGPETH, Warden,** <br><br> Respondent. | Case No. 2:09-cv-02584 KJM KJN P <br><br> [~~PROPOSED~~] **ORDER GRANTING REQUEST FOR SEALING MARSDEN HEARING TRANSCRIPT** |

The Court has read and considered the request filed by Respondent to file under seal the Marsden Hearing Transcript pursuant to Local Rule 141.

Good cause having been shown, Respondent's request (Dkt. No. 16) is GRANTED.

IT IS SO ORDERED.

DATED: March 1, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1